ACHSAH G. BARSTOW vs. JOHN D. TURNER.

APRIL 10, 1908.

PRESENT: Douglas, C. J., Dubois, Blodgett, Johnson, and Parkhurst, JJ.

(1)  *Exceptions.   Waiver of Exception.*

Where a motion to direct a verdict for defendant was denied, and defendant
excepted, and after verdict for plaintiff filed a motion for a new trial on
the ground that the verdict was against the evidence, this latter motion
was a waiver of the exception to the denial of the motion for direction of a
verdict on the same ground, and it can not be considered as ground for a bill
of exceptions.

TRESPASS ON THE CASE for deceit.   Heard on exceptions of
defendant, and overruled.

PER CURIAM.   The defendant in this case, at the conclusion
of the evidence, moved the court to direct a verdict for the
defendant, on the ground that there was no evidence to prove
the allegation of deceit.   This motion was denied, and the
defendant duly excepted.   The case was given to the jury, and
a verdict was returned for the plaintiff.   The defendant then
filed a motion for a new trial, on the ground, amongst others,
that the verdict was against the evidence, and this motion
was granted.   We think the motion for a new trial was a waiver
of the exception to the denial of the motion for direction of a
verdict on the same ground, and we can not now consider it
as ground for a bill of exceptions.

The defendant's exception is overruled, and the cause is
remitted to the Superior Court for a new trial in pursuance of
the order of that court.

*Harry C. Curtis*, for plaintiff.
*Charles R. Easton*, for defendant.